Certificate Number: 12433-PAE-DE-033147659

Bankruptcy Case Number: 14-14966


12433-PAE-DE-033147659

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>July 23, 2019</u>, at <u>12:57</u> o'clock <u>PM EDT</u>, <u>Bakir Gueddi</u> completed a course on personal financial management given <u>by internet</u> by <u>Solid Start Financial Education Services, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>July 23, 2019</u>          By:   <u>/s/Candace Jones</u>

                              Name: <u>Candace Jones</u>

                              Title: <u>Counselor</u>