WWR# 040489867

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>BAKIR GUEDDI<br>　　　　　Debtor | CASE NO.  14-14966-AMC<br>CHAPTER  13 |
| CITIZENS BANK, N.A.<br>　　　　　Movant | **Hearing Date: 11/26/2019**<br>**Hearing Time: 11:00 a.m.** |

REQUEST FOR ADMISSIONS

Pursuant to F.R.C.P. 36, Movant hereby requests the following admissions of the Respondent:

1. The Respondent/Debtor, has failed to make the post-petition payments that were due to Movant on the dates listed below and in the amounts listed below:

   (a) One (1) partial monthly post-petition payment of $125.67, due on 6/21/2019.

   (b) One (1) monthly post-petition payment of $309.60, due on 7/21/2019.

   (c) One (1) monthly post-petition payment of $319.93, due on 8/21/2019.

   (d) One (1) monthly post-petition payment of $319.92, due on 9/21/2019.

   (e) One (1) monthly post-petition payment of $309.60, due on 10/21/2019.

Respectfully Submitted

WELTMAN, WEINBERG & REIS CO., L.P.A.

/s/ Brian Langford
Brian Langford
Weltman, Weinberg & Reis Co., L.P.A.
436 7th Avenue Ste 2500
Pittsburgh, PA 15219
(412) 338-7102
Attorney for Movant