United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 14-14966-amc
Bakir Gueddi                                                        Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett          Page 1 of 1          Date Rcvd: Jan 07, 2020
                              Form ID: trc             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 09, 2020.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13433611         E-mail/Text: bankruptcy.bnc@ditech.com Jan 08 2020 03:07:07      Green Tree Servicing, LLC,
                  P.O. Box 6154,   Rapid City, SD 57709-6154,   Telephone number: 888-298-7785
                                                                                                    TOTAL: 1

                  ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 09, 2020                                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 6, 2020 at the address(es) listed below:
              ANDREW   SPIVACK    on behalf of Creditor    Green Tree Servicing LLC paeb@fedphe.com
              ANDREW   SPIVACK    on behalf of Creditor    GREEN TREE SERVICING, LLC paeb@fedphe.com
              ANDREW   SPIVACK    on behalf of Creditor    Ditech Financial LLC paeb@fedphe.com
              ANDREW   SPIVACK    on behalf of Creditor    Ditech Financial LLC et. al. paeb@fedphe.com
              BRIAN THOMAS LANGFORD     on behalf of Creditor    Citizens Bank PitEcf@weltman.com
              DAVID M. OFFEN    on behalf of Debtor Bakir  Gueddi dmo160west@gmail.com,
               davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
              HAROLD N. KAPLAN    on behalf of Creditor    New Residential Mortgage LLC hkaplan@rasnj.com
              JEROME B. BLANK    on behalf of Creditor    GREEN TREE SERVICING, LLC paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    Green Tree Servicing LLC paeb@fedphe.com
              JOSEPH ANGEO DESSOYE     on behalf of Creditor    Green Tree Servicing LLC paeb@fedphe.com
              KEVIN G. MCDONALD    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              KEVIN M. BUTTERY    on behalf of Creditor    DITECH FINANCIAL LLC kbuttery@rascrane.com
              KEVIN M. BUTTERY    on behalf of Creditor    Ditech Financial LLC kbuttery@rascrane.com
              MARIO J. HANYON    on behalf of Creditor    Green Tree Servicing LLC paeb@fedphe.com
              NATHALIE  PAUL    on behalf of Creditor    Citizens Bank npaul@weltman.com,    PitEcf@weltman.com
              PETER J. ASHCROFT    on behalf of Creditor    DITECH FINANCIAL LLC F/K/AGREEN TREE SERVICING LLC
               pashcroft@bernsteinlaw.com,    ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              United States Trustee     USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.     ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                                   TOTAL: 19

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 14-14966-amc
Chapter 13

In re: Debtor(s) (including Name and Address)

Bakir Gueddi
8518 Harley Place
Philadelphia PA 19153

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 01/06/2020.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 10: Green Tree Servicing, LLC, P.O. Box 6154, Rapid City, SD 57709-6154, Telephone number: 888-298-7785 | New Residential Mortgage LLC<br>P.O. Box 10826<br>Greenville, SC 29603-0826 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   01/09/20

Tim McGrath
**CLERK OF THE COURT**