United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 14-14966-amc
Bakir Gueddi                                                            Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: TashaD          Page 1 of 1          Date Rcvd: Jan 17, 2020
                             Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 19, 2020.
db              +Bakir Gueddi,    8518 Harley Place,    Philadelphia, PA 19153-1910

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                             TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 17, 2020 at the address(es) listed below:
          ANDREW   SPIVACK    on behalf of Creditor    Green Tree Servicing LLC paeb@fedphe.com
          ANDREW   SPIVACK    on behalf of Creditor    GREEN TREE SERVICING, LLC paeb@fedphe.com
          ANDREW   SPIVACK    on behalf of Creditor    Ditech Financial LLC paeb@fedphe.com
          ANDREW   SPIVACK    on behalf of Creditor    Ditech Financial LLC et. al. paeb@fedphe.com
          BRIAN THOMAS LANGFORD   on behalf of Creditor    Citizens Bank PitEcf@weltman.com
          DAVID M. OFFEN   on behalf of Debtor Bakir  Gueddi dmo160west@gmail.com,
           davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
          HAROLD N. KAPLAN   on behalf of Creditor    New Residential Mortgage LLC hkaplan@rasnj.com
          JEROME B. BLANK   on behalf of Creditor    GREEN TREE SERVICING, LLC paeb@fedphe.com
          JEROME B. BLANK   on behalf of Creditor    Green Tree Servicing LLC paeb@fedphe.com
          JOSEPH ANGEO DESSOYE   on behalf of Creditor    Green Tree Servicing LLC paeb@fedphe.com
          KEVIN G. MCDONALD    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
          KEVIN G. MCDONALD    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
          KEVIN M. BUTTERY    on behalf of Creditor    Ditech Financial LLC kbuttery@rascrane.com
          KEVIN M. BUTTERY    on behalf of Creditor    Ditech Financial LLC kbuttery@rascrane.com
          MARIO J. HANYON   on behalf of Creditor    Green Tree Servicing LLC paeb@fedphe.com
          NATHALIE  PAUL   on behalf of Creditor    Citizens Bank npaul@weltman.com,  PitEcf@weltman.com
          PETER J. ASHCROFT   on behalf of Creditor    DITECH FINANCIAL LLC F/K/A GREEN TREE SERVICING LLC
           pashcroft@bernsteinlaw.com,  ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                             TOTAL: 19

WWR# 040489867

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                           CASE NO.  14-14966-AMC
BAKIR GUEDDI                                     CHAPTER  13
                    Debtor
                                        Related to Doc Nos.: 86, 90
CITIZENS BANK, N.A.
                    Movant

**STIPULATION RESOLVING**
**MOTION TO FOR RELIEF FROM AUTOMATIC STAY AND FOR CO-DEBTOR RELIEF**

      Now this _____ day of _____, 2020. Upon the Motion of Citizens Bank, N.A. for Relief from Automatic Stay and for Co-Debtor Relief and the Response filed by the Debtor.  Upon statements of counsel, the evidence and

      This Court FINDS that Citizens Bank, N.A., Movant herein, is a creditor of the estate by virtue of a certain Mortgage with the Debtor, secured by the real property located at 8518 Harley Place, Philadelphia, PA 19153 that the Movant has not been adequately protected and that Movant is entitled to the relief prayed for in accordance with the terms set forth herein.

      IT IS FURTHER ORDERED, ADJUDGED AND DECREED that said relief shall be stayed so long as the Debtor makes each and every payment in a timely and complete manner beginning with the 1/21/2020 payment which must be paid in full in the amount of $563.62 to Movant at 1 Citizens Way, Mailstop JCA110, Johnston, RI 02919, on or before 1/21/2020. The Debtor must also make a payment lump sum payment in the amount of $286.30 within fifteen (15) days of this Order to address Movant's remaining arrears.  Regular payments are due to Movant on or before the 21st day of each month. Should the Debtor default in any payment, notice will be sent to Debtor's Counsel advising of said default. If the default is not cured within 10 days as of the date of the notice, Movant's counsel shall file a Certificate of Default with the Court and a proposed Order requesting final relief from the automatic stay to take the necessary steps to permit foreclosure of the Mortgage and/or a Sheriffs' sale of the subject real property referenced herein. Movant shall only be required to notify Debtor's Counsel of one default. Any Certificate of default filed with the Court shall indicate that Creditor's counsel has confirmed that no payments have been made to Movant.

**Date: January 16, 2020**

                                            Judge Ashely M. Chan
                                            United States Bankruptcy Judge

/s/ Brian Langford
Attorney for Movant                          Attorney for the Debtor
Brian Langford                               David M. Offen
Weltman, Weinberg & Reis, Co. L.P.A.         601 Walnut Street
436 7th Avenue, Suite 2500                   Suite 160 W
Pittsburgh, PA 15219                         Philadelphia, PA 19106

For Trustee William C. Miller
833 Chestnut St
Suite 500
Philadelphia, PA 19107