United States Bankruptcy Court
Eastern District of Pennsylvania

In re:   Case No. 14-14966-amc
Bakir Gueddi   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2   User: TashaD   Page 1 of 2   Date Rcvd: Feb 20, 2020
                       Form ID: 138NEW   Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 22, 2020.
```
db            +Bakir Gueddi,    8518 Harley Place,    Philadelphia, PA 19153-1910
cr            +Ditech Financial LLC,    14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883
13361221      +ALTAIR OH XIII, LLC,    C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                SEATTLE, WA 98121-3132
13398620       American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13331926      +Amex,    Po Box 297871,    Fort Lauderdale, FL 33329-7871
13331927       Best Buy Credit Services,    PO Box 183195,    Columbus, OH 43218-3195
13406410       Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13331929      +Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
13548176      +Citizen's Bank,    One Citizen Plaza,    Providence, RI 02903-1339
13348211      +Citizens Bank,    443 Jefferson Blvd,    RJW 135,    Warwick RI 02886-1321
13348767      +Department Stores National Bank/Macys,    Bankruptcy Processing,    Po Box 8053,
                Mason, OH 45040-8053
14273883      +Ditech Financial LLC,    c/o KEVIN G. MCDONALD,    KML LAW GROUP, P.C.,
                701 Market St. Suite 5000,    Philadelphia, PA 19106-1541
13331934      +Mcydsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
14448301       New Residential Mortgage LLC,    P.O. Box 10826,    Greenville, SC 29603-0826
13359712      +Philadelphia Gas Works,    800 W Montgomery Ave,    Phila Pa 19122-2898,
                Attn: Bankruptcy Dept 3F
13331935      +Thd/Cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: megan.harper@phila.gov Feb 21 2020 03:30:21     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 21 2020 03:30:06
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 21 2020 03:30:16     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13331928      +E-mail/Text: bankruptcycollections@citadelbanking.com Feb 21 2020 03:30:23
                Citadel Federal Cred U,    Po Box 147,    Thorndale, PA 19372-0147
13383300      +E-mail/Text: bankruptcycollections@citadelbanking.com Feb 21 2020 03:30:23
                Citadel Federal Cred.Union,    520 Eagleview Blvd,    Exton, AP 19341-1119
13335101       E-mail/Text: mrdiscen@discover.com Feb 21 2020 03:29:57     Discover Bank,
                DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
13331930      +E-mail/Text: mrdiscen@discover.com Feb 21 2020 03:29:57     Discover Fin Svcs Llc,
                Po Box 15316,    Wilmington, DE 19850-5316
13331931       E-mail/Text: operationsclerk@easypayfinance.com Feb 21 2020 03:29:56     Dvra Billing,
                2701 Loker Av West,    Carlsbad, CA 92008
13331932       E-mail/PDF: gecsedi@recoverycorp.com Feb 21 2020 03:31:20      Green Tree Servicing L,
                332 Minnesota St Ste 610,    Saint Paul, MN 55101
13433611       E-mail/Text: bankruptcy.bnc@ditech.com Feb 21 2020 03:30:01     Green Tree Servicing, LLC,
                P.O. Box 6154,    Rapid City, SD 57709-6154,    Telephone number: 888-298-7785
13331933      +E-mail/Text: bncnotices@becket-lee.com Feb 21 2020 03:29:59     Kohls/Capone,
                N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
13426761       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 21 2020 03:31:10
                Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13331936       E-mail/Text: BKRMailOps@weltman.com Feb 21 2020 03:30:11     Weltman, Weinberg & Reis Co., LPA,
                325 Chestnut Street, Suite 501,    Philadelphia, PA 19106-2605
                                                                                              TOTAL: 13
```

       ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr*           +DITECH FINANCIAL LLC,    14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883
cr*           +New Residential Mortgage LLC,    P.O. Box 10826,    Greenville, SC 29603-0826
                                                                                    TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 22, 2020                                      Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: TashaD              Page 2 of 2            Date Rcvd: Feb 20, 2020
                              Form ID: 138NEW           Total Noticed: 29
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 20, 2020 at the address(es) listed below:
          ANDREW   SPIVACK    on behalf of Creditor    Ditech Financial LLC et. al. paeb@fedphe.com
          ANDREW   SPIVACK    on behalf of Creditor    Green Tree Servicing LLC paeb@fedphe.com
          ANDREW   SPIVACK    on behalf of Creditor    GREEN TREE SERVICING, LLC paeb@fedphe.com
          ANDREW   SPIVACK    on behalf of Creditor    Ditech Financial LLC paeb@fedphe.com
          BRIAN THOMAS LANGFORD    on behalf of Creditor    Citizens Bank PitEcf@weltman.com
          DAVID M. OFFEN    on behalf of Debtor Bakir  Gueddi dmo160west@gmail.com,
           davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
          HAROLD N. KAPLAN    on behalf of Creditor    New Residential Mortgage LLC hkaplan@rasnj.com
          JEROME B. BLANK    on behalf of Creditor    GREEN TREE SERVICING, LLC paeb@fedphe.com
          JEROME B. BLANK    on behalf of Creditor    Green Tree Servicing LLC paeb@fedphe.com
          JOSEPH ANGEO DESSOYE    on behalf of Creditor    Green Tree Servicing LLC paeb@fedphe.com
          KEVIN G. MCDONALD    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
          KEVIN G. MCDONALD    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
          KEVIN M. BUTTERY    on behalf of Creditor    Ditech Financial LLC kbuttery@rascrane.com
          KEVIN M. BUTTERY    on behalf of Creditor    DITECH FINANCIAL LLC kbuttery@rascrane.com
          MARIO J. HANYON    on behalf of Creditor    Green Tree Servicing LLC paeb@fedphe.com
          NATHALIE  PAUL    on behalf of Creditor    Citizens Bank npaul@weltman.com,   PitEcf@weltman.com
          PETER J. ASHCROFT    on behalf of Creditor    DITECH FINANCIAL LLC F/K/AGREEN TREE SERVICING LLC
           pashcroft@bernsteinlaw.com,   ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 19
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Bakir Gueddi
        Debtor(s)                                    Bankruptcy No: 14–14966–amc
                                                                           Chapter: 13

_____

## *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1.  The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                              900 Market Street
                                  Suite 400
                             Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                                                     For The Court
                                                                                Timothy B. McGrath
                                                                                 Clerk of Court

Dated: 2/20/20

                                                                                                               102 – 101
                                                                                                   Form 138_new