United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                      Case No. 14-14966-amc
Bakir Gueddi                                                                Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: Antoinett         Page 1 of 1         Date Rcvd: Feb 21, 2020
                            Form ID: 212             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 23, 2020.
db             +Bakir Gueddi,     8518 Harley Place,    Philadelphia, PA 19153-1910

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                       TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2020                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 21, 2020 at the address(es) listed below:
              ANDREW   SPIVACK    on behalf of Creditor    Green Tree Servicing LLC paeb@fedphe.com
              ANDREW   SPIVACK    on behalf of Creditor    GREEN TREE SERVICING, LLC paeb@fedphe.com
              ANDREW   SPIVACK    on behalf of Creditor    Ditech Financial LLC paeb@fedphe.com
              ANDREW   SPIVACK    on behalf of Creditor    Ditech Financial LLC et. al. paeb@fedphe.com
              BRIAN THOMAS LANGFORD    on behalf of Creditor    Citizens Bank PitEcf@weltman.com
              DAVID M. OFFEN    on behalf of Debtor Bakir  Gueddi dmo160west@gmail.com,
               davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
              HAROLD N. KAPLAN    on behalf of Creditor    New Residential Mortgage LLC hkaplan@rasnj.com
              JEROME B. BLANK    on behalf of Creditor    GREEN TREE SERVICING, LLC paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    Green Tree Servicing LLC paeb@fedphe.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    Green Tree Servicing LLC paeb@fedphe.com
              KEVIN G. MCDONALD    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              KEVIN M. BUTTERY    on behalf of Creditor    Ditech Financial LLC kbuttery@rascrane.com
              KEVIN M. BUTTERY    on behalf of Creditor    Ditech Financial LLC kbuttery@rascrane.com
              MARIO J. HANYON    on behalf of Creditor    Green Tree Servicing LLC paeb@fedphe.com
              NATHALIE  PAUL    on behalf of Creditor    Citizens Bank npaul@weltman.com,   PitEcf@weltman.com
              PETER J. ASHCROFT    on behalf of Creditor    DITECH FINANCIAL LLC F/K/A GREEN TREE SERVICING LLC
               pashcroft@bernsteinlaw.com,   ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                              TOTAL: 19

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                                            Chapter: 13

     Bakir Gueddi

Debtor(s)                                                        Case No: 14−14966−amc

### ORDER

     AND NOW, 2/21/20 , it appearing that the debtor must file either a statement regarding completion of a course in personal financial management, <u>see</u> 11 U.S.C. § 1328(g)(1), or a request for a waiver from this requirement, <u>see</u> 11 U.S.C. § 109(h)(4),

     Additionally, it appearing that the debtor must file a certification regarding domestic support obligations and Section 522(q), <u>see</u> 11 U.S.C. §1328(a),

     And the statement regarding personal financial management and the domestic support obligation certification were due no later than the last payment made by the debtor as required by the plan or the filing of a motion for entry of a discharge under § 1328(b), see Bankruptcy Rule 1007(c),

     Accordingly, it is hereby ORDERED that the debtor shall have 14 (fourteen) days from the date of this order to file

☐ A statement regarding completion of an instructional course concerning personal financial management, (Official Form B423) or a request for a waiver from such requirement.

☑ A certification regarding domestic support obligations and Section 522(q), (Director's Form B2830);

     If the debtor fails to do so, then this case may be closed, without further notice or hearing, and without the debtor receiving his/her chapter 13 discharge.

For The Court

Ashely M. Chan

Judge ,United States Bankruptcy Court